UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| LUCRETIA STEWART, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) CASE NO.: |
| CREDIT ONE BANK, N.A., et al., | ) ) |
| Defendant. | ) ) ) |

## NOTICE OF REMOVAL

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, hereby files this Notice of Removal of this action from the Wyandotte County District Court, Kansas, wherein it is now pending as Case No. 2016-LM-005054, to the United States District Court for the District of Kansas. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Defendants show this Court as follows:

1. An action was filed on November 1, 2016 in the Wyandotte County District Court, Kansas, entitled *Stewart v. Credit One Bank, N.A., et al.*, Case No. 2016-LM-005054 (the "State Court Action").

2. Equifax was served with the Complaint on November 14, 2016.

3. This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for her action and her claims for relief.

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States;

specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

(a) Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (See Plaintiff's Complaint).

(b) The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5. Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to Plaintiff and to the Clerk of the Wyandotte County District Court, Kansas, as required by 28 U.S.C. § 1446(d).

6. Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax in the State Court Action.

7. All Defendants consent to the removal of this case. Attached hereto, as Exhibit B, is a copy of the consent of co-defendant Credit One Bank, N.A.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

                Respectfully submitted,

                POLSINELLI PC

                */s/ G. Gabriel Zorogastua*
                G. Gabriel Zorogastua      KS #23556
                900 West 48th Place, Suite 900
                Kansas City, Missouri 64112
                Telephone: (816) 753-1000
                Facsimile: (816) 753-1536
                gzorogastua@polsinelli.com
                ATTORNEYS FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 23rd day of November, 2016.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

A. J. Stecklein
Michael H. Rapp
Consumer Legal Clinic LLC
748 Ann Avenue
Kansas City, Kansas
*Attorneys for Plaintiff*

              */s/ G. Gabriel Zorogastua*
              Attorney for Defendant Equifax Information Services LLC